AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

JLPR, a Utah limited liability company,

    Plaintiff

v.

UTAH DEPARTMENT OF
AGRICULTURE AND FOOD, et al.,

    Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-CV-436 TS

IT IS ORDERED AND ADJUDGED

Plaintiff's federal claims are dismissed with prejudice. All other claims are dismissed without prejudice.

May 16, 2022
_Date_

BY THE COURT:

_____
Ted Stewart
United States District Judge